PS 8
(Rev. 5/02 WVN)

# UNITED STATES DISTRICT COURT
## for the
## Northern District of West Virginia

U.S.A. vs. Derek Wayne Blanken, Jr.            Docket No.: 3:19CR5-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW ALICIA M. BEASLEY, U. S. PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Derek Wayne Blanken, Jr., who was placed under pretrial release supervision by the Honorable Michael John Aloi, United States Magistrate Judge, sitting in the Court at Martinsburg, West Virginia, on January 30, 2011, under the following conditions:

**Condition 7(o): The defendant shall participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.**

Respectfully presenting petition for action of court for cause as follows:
(If short insert here; if lengthy write on separate sheet and attach.)

| Violation Number | Nature of Non-Compliance |
|---|---|
| 1 | On January 30, 2019, the defendant reported to the probation office as required. The defendant reviewed and signed a contract referral for substance abuse counseling at that time. The defendant was directed to contact the office of treatment provider Anita Ryan within 24 hours in order to schedule an appointment. |
| | On February 1, 2019, Ms. Ryan contacted the undersigned to advise the defendant had called and left a voicemail, but he did not leave a number to contact him back. The undersigned provided a contact number for the defendant. |
| | On February 4, 2019, the defendant was advised of the conversation with Ms. Ryan and was informed contact would be made with him to set up an appointment. |
| | On March 6, 2019, the undersigned contacted Ms. Ryan to verify the defendant scheduled an appointment with her office. She advised the defendant never scheduled an appointment with her. |

PS8                                                          PS8 Petition for Action on Conditions of Pretrial Release

        On March 7, 2019, contact was made with the defendant to inform he still needed to set up an appointment with Ms. Ryan. He reported he would. As of March 11, 2019, the defendant has not set an appointment with Ms. Ryan's office.

**PETITIONING THE COURT**

- [ ] To issue a warrant
- [ ] To issue a summons
- [XX] Neither

<u>U. S. Pretrial Services Officer Recommendation:</u>

The term of supervision should be:

- [ ] Revoked
- [XX] No action taken at this time
- [ ] The conditions of supervision should be modified as follows:

Respectfully,

*Alicia M. Beasley*

Alicia M. Beasley
U. S. Pretrial Services Officer
Place:  Martinsburg, West Virginia
Date:  March 11, 2019

PS8                                             PS8 Petition for Action on Conditions of Pretrial Release

THE COURT ORDERS

- [x] No action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [ ] Other

ORDER OF COURT

Considered and ordered this __11th__ day of __MARCH__, 20__19__ and ordered filed and made a part of the records in the above case.

_____
U. S. Magistrate Judge

-3-